IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

IN RE:

David L. Patsy and
Kim L. Patsy,
        Debtors

BANKRUPTCY NO. 10-11272-TPA

CHAPTER 13

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

David L. Patsy and
Kim L. Patsy,
        Plaintiffs

vs.

U.S. Bank National Association,

        Defendant

ADVERSARY NO. 11-1015

RELATED TO DOCKET NO. 1

## ORDER

AND NOW, this __16th__ day of __March__, 2011, it is hereby ordered and directed as follows:

1) The claim of U.S. Bank National Association is to be treated as a general, unsecured claim.

2) U.S. Bank National Association shall immediately satisfy the outstanding mortgage upon the successful completion of the Chapter 13 Plan at no cost to the Debtors.

3) This Order will not survive if either the Debtors do not complete the Chapter 13 Plan, or if the Debtors convert this case to a case under chapter 7.

BY THE COURT:

Thomas P. Agresti,
United States Bankruptcy Judge

Plaintiff shall serve a copy of this Order on the Chapter 13 Trustee by way of regular, First Class mail. The Clerk shall close this Adversary

**FILED**

MAR 17 2011

CLERK, U.S. BANKRUPTCY COURT
WEST. DIST. OF PENNSYLVANIA
ERIE OFFICE