# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **IN RE:** | : | |
| | : | **BANKRUPTCY NO. 10-11272-TPA** |
| **David L. Patsy and** | : | |
| **Kim L. Patsy,** | : | **CHAPTER 13** |
| **Debtors** | : | |
| ****************************************** | : | |
| **David L. Patsy and** | : | |
| **Kim L. Patsy,** | : | |
| Plaintiffs | : | **ADVERSARY NO. 11-1015** |
| | : | |
| vs. | : | **RELATED TO DOCKET NO. 1, 5** |
| | : | |
| **U.S. Bank National Association,** | : | |
| | : | |
| **Defendant** | : | |

## CERTIFICATE OF SERVICE

I, the undersigned Paralegal of the law firm Mazzei & Associates, certify under penalty of perjury that I am more than 18 years of age, and that I served a true copy of the **Order dated March 16, 2011,** on the parties at the addresses on the attached matrix by Regular, first class United States mail, postage fully pre-paid.

                                                        Respectfully submitted,

Executed on:  April 6, 2011

                                                        By: /s/Tiffany Eger
Tiffany Eger, Paralegal
MAZZEI & ASSOCIATES
432 Boulevard of the Allies
Professional Office Building
Pittsburgh, PA 15219
Tel: 412.765.3606
Fax: 412.765.1917

_____
*Parties served by the court electronically were not served by regular mail.

# MATRIX OF PARTIES SERVED

David L. Patsy
Kim L. Patsy
602 Robinson Street
East Brady, PA 16028

U.S. Bank National Association
c/o GMAC Mortgage LLC
3451 Hammond Avenue
Waterloo, IA 50702
ATTENTION: Bankruptcy Department

Jay B. Jones, Esquire
Phelan, Hallinan & Schmieg LLP
1617 JFK Boulevard
Suite 1400
Philadelphia, PA 19103-1814

RONDA J. WINNECOUR, ESQUIRE
CHAPTER 13 TRUSTEE
USX TOWER, SUITE 3250
600 GRANT STREET
PITTSBURGH, PA 15219